# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1662
Lower Tribunal No. 2020-CF-000373

_____

ROOSEVELT SHAVON SMITH, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

July 7, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED